IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEIL LEFTON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-73 (GMS) |
| v. | ) ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hassle to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including April 13, 2006.

This extension is required because the parties have today filed a proposed Case Management Order covering this action and other related actions filed by end payors. The Case Management Order contemplates that these end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint. If the Case Management Order is approved by the Court, the defendants would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint.

CHIMICLES & TIKELLIS LLP

_/s  Robert R. Davis_____
Pamela S. Tikellis (#2172)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware  19899
(302) 656-2500
Attorneys for Plaintiffs

MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP

_/s/  Leslie A. Polizoti_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Defendants


SO ORDERED this _____ day of _____, 2006.


_____
Judge Gregory M. Sleet

508329

CERTIFICATE OF SERVICE

I certify that on February 23, 2006 I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will send notification of such filing to: Robert

Ray Davis.

I further certify that I caused copies of the foregoing be served on the following

counsel, by hand:

Pamela S. Tikellis
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
Wilmington DE 19801

J. Clayton Athey
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington DE 19081

Patrick F. Morris
MORRIS & MORRIS LLC
4001 Kennett Pike, Suite 300
Greenville DE 19807

Ralph N. Sianni
MILBERG    WEISS    BERSHAD    &
SCHULMAN LLP
919 North Market Street, Suite 980
Wilmington DE 19801


*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

508344