## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: METOPROLOL SUCCINATE        )
END-PAYOR ANTITRUST LITIGATION     )
                                   )  Case No. 06-71 (GMS)
                                   )
THIS DOCUMENT RELATES TO:          )
ALL ACTIONS

### NOTICE OF WITHDRAW

TO:    Clerk of the Court
       District Court of Delaware
       800 N. King Street
       Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as Co-Liaison Counsel in *In Re: Metoprolol Succinate End-Payor Antitrust Litigation* and as attorney for Mark S. Merado, Neil Lefton, Plumbers and Pipefitters Local 572 Pension Fund, and National Joint Powers Alliance.

CHIMICLES & TIKELLIS LLP


Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of

Appearance and Notice of Withdraw was served on defendants' counsel in the manner

indicated below on April 27 2006.

> **BY E-FILING**
> Karen Jacobs Louden
> Morris, Nichols, Arsht & Tunnell LLP
> Chase Manhattan Centre, 18th Floor
> Wilmington, DE 19899

A. Zachary Naylor (No. 4439)